IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

ADRIAN W. ROGERS,

Defendant.                                             No. 13-30069-DRH

ORDER

**HERNDON, Chief Judge:**

Pending before the Court is a joint motion for a finding that defendant Rogers is incompetent to stand trial and to provide a copy of the forensic report to the Bureau of Prisons (Doc. 30). Based on the reasons stated in the motion, the Court **GRANTS** the motion. The Court **FINDS** defendant Rogers incompetent to stand trial as set forth in the forensic report at Document 25. Further, the Court **ALLOWS** the parties to provide a copy of the forensic report to a representative with the Bureau of Prisons to assist in the designation of defendant Rogers to a facility where he can receive proper treatment.

**IT IS SO ORDERED.**

Signed this 7th day of November, 2013.

David R. Herndon
2013.11.07
15:47:37 -06'00'

**Chief Judge**
**United States District Court**