IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

UNITED STATES OF AMERICA,

Plaintiff,

v.

ADRIAN W. ROGERS,

Defendant.                                              No. 13-30069-DRH

## ORDER

**HERNDON, Chief Judge:**

Now before the Court is the government's motion to dismiss indictment (Doc. 33). The Court **GRANTS** the motion. The Court **DISMISSES with prejudice** the Indictment in this case.

**IT IS SO ORDERED.**

Signed this 8th day of November, 2013.

David R. Herndon
2013.11.08
15:54:22 -06'00'

**Chief Judge**
**United States District Court**